UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM ENGEL<br><br>                              Plaintiff,<br><br>v.<br><br>THIRD AVENUE MANAGEMENT COMPANY LLC, MARTIN J. WHITMAN, DAVID M. BARSE, VINCENT J. DUGAN, W. JAMES HALL, JOSEPH J. REARDON and MICHAEL BUONO,<br><br>                              Defendants,<br><br>THIRD AVENUE TRUST, a Delaware Business Trust,<br><br>                              Nominal Defendant. | Civil Action No.: 1:16-cv-01118 |

**NOTICE OF MOTION TO DISMISS OF DEFENDANT DAVID M. BARSE**

PLEASE TAKE NOTICE that, upon the accompanying Joinder and Memorandum of Law in Support of Motion to Dismiss of Defendant David M. Barse (the "Defendant"), and upon all prior proceedings had herein, Defendant, by his undersigned attorneys, will move before the Honorable Kevin Castel, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, Courtroom 11D, at a date and time to be determined by the Court, for an order (a) dismissing the Amended Derivative Complaint with prejudice pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure as against Defendant, and (b) granting Defendant such further and other relief as the Court may deem just and proper.  Defendant respectfully requests that oral argument be heard on this motion.

PLEASE TAKE FURTHER NOTICE that any opposing affidavits, answering memoranda of law, or other response shall be filed and served no later than July 11, 2016, and any reply memoranda of law and accompanying papers shall be filed and served no later than August 12, 2016, as provided by the Court's order filed in the above-captioned action on June 1, 2016.

Dated: June 17, 2016
New York, New York

Respectfully submitted,

By: /s/ Scott A. Edelman

MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP

Scott A. Edelman (sedelman@milbank.com)
Robert C. Hora (rhora@milbank.com)
Rachel Penski Fissell (rfissell@milbank.com)
28 Liberty Street
New York, New York 10005
Phone: (212) 530-5000

*Attorney for Defendant David M. Barse*