UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WILLIAM ENGEL,

                        Plaintiff,                      16-cv-1118 (PKC)

      -against-                              ORDER

THIRD AVENUE MANAGEMENT LLC, et al.,

                        Defendants.
-----------------------------------------------------------x
IN RE THIRD AVENUE MANAGEMENT
LLC SECURITIES LITIGATION                   16-cv-2758 (PKC)

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/17

CASTEL, U.S.D.J.

        The above captioned cases are stayed. The pending motions in Case No. 16-cv-1118 (Dkt. Nos. 69, 73, 76, 79) are deemed withdrawn without prejudice to refiling within 60 days. The pending motion in Case No. 16-cv-2758 (Dkt. No. 109) is deemed withdrawn without prejudice to refiling within 60 days.

        SO ORDERED.

                                                                 P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
          February 28, 2017