UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM ENGEL,<br><br>    Plaintiff,<br><br>vs.<br><br>THIRD AVENUE MANAGEMENT COMPANY LLC, MARTIN J. WHITMAN, DAVID M. BARSE, WILLIAM E. CHAPMAN, II, LUCINDA FRANKS, EDWARD J. KAIER, ERIC P. RAKOWSKI, MARTIN SHUBIK, CHARLES C. WALDEN, and PATRICK REINKEMEYER,<br><br>    Defendants,<br><br>THIRD AVENUE TRUST, a Delaware Business Trust,<br><br>    Nominal Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 1:16-CV-01118-PKC<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 6/27/17 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff William Engel, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendants Third Avenue Management Company LLC, Martin J. Whitman, David M. Barse, William E. Chapman, II, Lucinda Franks, Edward J. Kaier, Eric P. Rakowski, Martin Shubik, Charles C. Walden, Patrick Reinkemeyer, and Third Avenue Trust.

Date: June 26, 2017

By: /s/ Samuel E. Bonderoff
Samuel E. Bonderoff

Jacob H. Zamansky
Edward H. Glenn, Jr.
**ZAMANSKY LLC**
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: (212) 742-1414
Facsimile: (212) 742-1177
*samuel@zamansky.com*

ATTORNEYS FOR PLAINTIFF

**SO ORDERED:**

_____
U.S.D.J.

tmc
6-27-17