UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM ENGEL,

    Plaintiff,

vs.

THIRD AVENUE MANAGEMENT
COMPANY LLC, MARTIN J. WHITMAN,
DAVID M. BARSE, WILLIAM E.
CHAPMAN, II, LUCINDA FRANKS,
EDWARD J. KAIER, ERIC P. RAKOWSKI,
MARTIN SHUBIK, CHARLES C. WALDEN,
and PATRICK REINKEMEYER,

    Defendants,

THIRD AVENUE TRUST, a Delaware
Business Trust,

    Nominal Defendant.

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

Case No.: 1:16-CV-01118-PKC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/18

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff William Engel, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendants Third Avenue Management Company LLC, Martin J. Whitman, David M. Barse, William E. Chapman, II, Lucinda Franks, Edward J. Kaier, Eric P. Rakowski, Martin Shubik, Charles C. Walden, Patrick Reinkemeyer, and Third Avenue Trust.

Date: June 26, 2017

*[Handwritten note:]* by March 9, 2018 Let the plaintiff, any movant, intervenor or "interested party" show cause in writing why the action ought not be dismissed with prejudice against any remaining defendant or party for failure to prosecute. SO ORDERED. /s/ USDJ 2-22-18

By: */s/ Samuel E. Bonderoff*
Samuel E. Bonderoff

Jacob H. Zamansky
Edward H. Glenn, Jr.
ZAMANSKY LLC
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: (212) 742-1414
Facsimile: (212) 742-1177
*samuel@zamansky.com*

ATTORNEYS FOR PLAINTIFF

**SO ORDERED:**

_____
U.S.D.J.

6-27-17

2